**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2112**

DERRICK ALLEN,

Plaintiff - Appellant,

v.

LAWRENCE M. CAMPBELL, Public Defender; DAWN Y. BAXTON, Assistant
Public Defender; ROBERT BROWN, JR., Ex-Public Defender; GRETCHEN M.
ENGEL, Executive Director; JAY FERGUSON, Past President (Center for Death
Penalty Litigation); DONALD H. BESKIND, President for the Center of Death
Penalty Litigation; STEPHEN C. FREEDMAN, Ex Staff Attorney for CDPL/ Now
Assistant Capital Defender; DURHAM COUNTY PUBLIC DEFENDER'S
OFFICE; CENTER FOR DEATH PENALTY LITIGATION,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:19-cv-00765-TDS-LPA)

Submitted:  February 17, 2022                    Decided:  February 22, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Allen appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Campbell*, No. 1:19-cv-00765-TDS-LPA (M.D.N.C. Sept. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*